UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | CRIMINAL NO: |
| vs. | § | EP:15-CR-00228(1,10)-DB |
| | § | |
| (1) EMMANUEL VELASCO GURROLA | § | |
| (10) DALIA VALENCIA | § | |

# GOVERNMENT'S EXHIBITS, Page 1

| Exhibit | Description | Date Admitted |
|---|---|---|
| 1 | Photo | 11-17-15 |
| 2 | Photo | 11-17-15 |
| 3 | Sealed Order | 11-17-15 |
| 4 | Sealed Order | 11-17-15 |